**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Adam H. Offenhartz
Direct: +1 212.351.3808
Fax: +1 212.351.5272
AOffenhartz@gibsondunn.com

Client: 03290-00077

December 3, 2015

VIA ECF

The Honorable James C. Francis
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     Feinberg v. Apple Inc., Case No. 15 Civ. 5198 (RA)

Dear Judge Francis:

We represent defendant Apple Inc. in the above-referenced action, and are scheduled to appear before Your Honor for a settlement conference on December 7, 2015. We write to request leave of Court to submit a pre-mediation letter brief. We have tried on repeated occasions to reach agreement with plaintiff regarding the submission of pre-mediation briefs, but plaintiff's counsel has not responded. We therefore request leave of Court to submit a pre-mediation brief of no more than 3 pages on an *ex parte* basis on or before 5 p.m. Eastern on December 4.

We also note that plaintiff has made repeated requests for an in-person inspection of the Store that is the subject of this dispute in advance of the December 7 settlement conference. We have respectfully declined plaintiff's request, just as Judge Abrams previously denied plaintiff's request for an inspection of the Store.

We look forward to meeting with you on December 7.

Thank you for your consideration.

Respectfully submitted,

/s/ Adam H. Offenhartz

Adam H. Offenhartz

cc:     Norman B. Arnoff, Esq. (via ECF)