UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
HERBERT FEINBERG, :
:
                Plaintiff, : Civil Action No. 15-CV-5198 (RA)
:
   -against- :
:
APPLE INC., :
:
                Defendant. :
:
-----------------------------------------------------------x

## NOTICE OF DEFENDANT'S MOTION TO DISMISS
## THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated January 5, 2016, the accompanying Declaration of Gabrielle Levin, dated January 5, 2016, and the exhibits attached thereto, and all prior papers and proceedings had herein, Defendant Apple Inc. will respectfully move this Court, before the Honorable Ronnie Abrams, at a date and time to be determined by the Court, for an order dismissing Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction, for an order dismissing Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state any plausible claims upon which relief can be granted, and granting such other and further relief as the Court deems appropriate.

Dated:   January 5, 2016

                                              GIBSON, DUNN & CRUTCHER LLP

                                        By:   /s/ Adam H. Offenhartz
                                                     Adam H. Offenhartz
                                                     Gabrielle Levin
                                                     200 Park Avenue, 48th Floor
                                                   New York, NY  10166-0193
                                                   Telephone:  212.351.4000
                                                   Facsimile:  212.351.4035

                                              *Attorneys for Defendant Apple Inc.*