**Norman B Arnoff Esq.**
**Law Offices Of Norman B Arnoff**
**60 East 42nd Street**
**NYC,NY10165, Suite 628**
**Tel. No.: 917-912-1165**
**Email: (nbarnoff@aol.com)**

January 19, 2015

The Honorable Ronnie Abrams
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

        Re: Feinberg v. Apple Inc. – Case No. 15 Civ. 5198 (RA)

Dear Judge Abrams:

        Counsel have agreed that opposition to Defendant's Apple's Motion to Dismiss pursuant to F.R.C.P. 12(b) (1) and 12(b) (6) will be submitted January 22, 2015 and the reply brief will be submitted February 1, 2016. Thank you for your Honor's courtesy and consideration.

Respectfully,

*Norman B. Arnoff*
Norman B. Arnoff

cc:    Adam Offenhartz, Esq.
       Gabrielle Levin, Esq.
       Gibson, Dunn & Crutcher LLP
       200 Park Avenue
       New York, NY 10166-0193
       aoffenhartz@gibsondunn.com